664 A.2d 1352

**COMMONWEALTH of Pennsylvania**

v.

**Mitchell JOHNSON, Appellant.**

Supreme Court of Pennsylvania.

Argued Sept. 18, 1995.

Decided Oct. 11, 1995.

John Elash, Pittsburgh, for M. Johnson.

Claire C. Capristo and Scott A. Bradley, Pittsburgh, for Commonwealth.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

618

## *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

NIX, C.J., and CAPPY, J., dissent.

MONTEMURO, J., is sitting by designation.